UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE BARRERA, | : |
| Plaintiff, | : |
| | : No. 3:10-CV-01709-AWT |
| v. | : |
| EOS/CCA; and DOES 1-10, inclusive, | : STIPULATION OF DISMISSAL |
| | : WITH PREJUDICE |
| Defendants. | : |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
DENISE BARRERA

By_____
Sergei Lemberg
Attorney at Law
Lemberg & Associates, LLC
1100 Summer Street 3rd Fl.
Tel:  516-791-4400
Fax: 877-795-3666
Email: slemberg@lemberglaw.com

   Her Attorney

THE DEFENDANT,
EOA/CCA

By:_____
Jonathan D. Elliot (CT 05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel:     203-333-9441
Fax:    203-333-1489
E-Mail: jelliot@znclaw.com

   Its Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2011 a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the United States District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  /s/ Sergei Lemberg
                                                    Sergei Lemberg